GJ 4

United States District Court
Southern District of Texas
FILED

APR 2 9 2008

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | CRIMINAL NO. B-08-383 |
| ESEQUIEL GOMEZ | § | |
| JESSICA VASQUEZ | | |
| JENNIFER CASTRO | § | |
| VANESSA GARZA | | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1

From on or about October 30, 2007, to on or about November 3, 2007, in the Southern District of Texas and within the jurisdiction of the Court, Defendants

**ESEQUIEL GOMEZ,**
**JESSICA VASQUEZ,**
**JENNIFER CASTRO,**
and
**VANESSA GARZA**

did knowingly conspire with each other and with other persons known and unknown to the Grand Jurors to violate Title 18, United States Code, Sections 922(a)(6) and 924(a)(1)(A), that is, the object of their conspiracy and agreement was to knowingly make false statements and representations with respect to the information required to be kept in the records of a licensed dealer under Chapter 44 of Title 18, United States Code.

### MANNER AND MEANS OF THE CONSPIRACY

1. It was part of the conspiracy that the defendant, ESEQUIEL GOMEZ, would recruit individuals to purchase firearms for the defendant, ESEQUIEL GOMEZ.

2. It was a further part of the conspiracy that the defendant, ESEQUIEL GOMEZ, would provide the money for the purchase of the firearms and instruct the co-conspirators as to which firearms to purchase.

3. It was part of the conspiracy that at the request of the defendant, ESEQUIEL GOMEZ, the purchasers of the firearms would acquire and attempt to acquire firearms from licensed dealers by knowingly making false and fictitious statements and representations with respect to the information required to be kept in the records of a licensed dealer under Chapter 44 of Title 18, United States Code.

In violation of Title 18, United States Code, Sections 371, 922(a)(6) and 924(a)(1)(A).

## OVERT ACTS

1. On or about September 28, 2007, the defendant, ESEQUIEL GOMEZ, provided money to Jennifer Castro for the purchase of two firearms;

2. On or about October 30, 2007, the defendant, ESEQUIEL GOMEZ, provided money to Jessica Vasquez for the purchase of two firearms;

3. On or about November 3, 2007, the defendant ESEQUIEL GOMEZ, provided money to Vanessa Garza for the purchase of two firearms.

4. On or about September 28, 2007, Jennifer Castro, executed an entry in Department of the Treasury, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 (Firearms Transaction Record) stating that she was the actual buyer of two firearms. The firearms were bought for the defendant ESEQUIEL GOMEZ.

5. On or about October 30, 2007, Jessica Vasquez, executed an entry in the Department of the Treasury, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 (Firearms Transaction Record) stating that she was the actual buyer of two firearms. The firearms were bought for the defendant ESEQUIEL GOMEZ.

6. On or about November 3, 2007, Vanessa Garza, executed an entry in the Department of the Treasury, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 (Firearms Transaction Record) stating that she was the actual buyer of two firearms. The firearms were bought for the defendant ESEQUIEL GOMEZ.

## COUNT 2

On or about October 30, 2007, in the Southern District of Texas and within the jurisdiction of the Court, Defendants

**JESSICA VASQUEZ
and
ESEQUIEL GOMEZ**

knowingly made a false statement and representation with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Guns and Goods, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, in that the defendant did execute a Department of the Treasury, Bureau of Alcohol, Tobacco, Firearms, and Explosive Form 4473 (Firearms Transaction Record), to the effect that she was the actual buyer of two firearms, a Colt, Model 1911, .38 caliber pistol, Serial Number 2821515, a Colt Model 1911, .38 caliber pistol, Serial Number CV04656E, whereas in truth and in fact, she was not the actual buyer of the firearms.

In violation of Title 18, United States Code, Section 922(a)(6) and 924(a)(1)(A) and Title 18 United States Code, Section 2.

## COUNT 3

On or about September 28, 2007, in the Southern District of Texas and within the jurisdiction of the Court, Defendants

**JENNIFER CASTRO
and
ESEQUIEL GOMEZ**

knowingly made a false statement and representation with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Guns and Goods, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, in that the defendant did execute a Department of the Treasury, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 (Firearms Transaction Record), to the effect that she was the actual buyer of two firearms, a Colt, Model 1911, .38 caliber pistol, Serial Number 2821094, a Colt Model 1911, .38 caliber pistol, Serial Number 2821089, whereas in truth and in fact, she was not the actual buyer of the firearms.

In violation of Title 18, United States Code, Section 922(a)(6) and 924(a)(1)(A) and Title 18, United States Code, Section 2.

## COUNT 4

On or about November 3, 2007, in the Southern District of Texas and within the jurisdiction of the Court, Defendants

**VANESSA GARZA
and
ESEQUIEL GOMEZ**

4

knowingly made a false statement and representation with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Guns and Goods, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, in that the defendant did execute a Department of the Treasury, Bureau of Alcohol, Tobacco, Firearms, and Explosive Form 4473 (Firearms Transaction Record), to the effect that she was the actual buyer of two firearms, a Colt, Model 1911, .38 caliber pistol, Serial Number 2821720, a Colt Model 1911, .38 caliber pistol, Serial Number 2821721, whereas in truth and in fact, she was not the actual buyer of the firearms.

In violation of Title 18, United States Code, Section 922(a)(6) and Section 924(a)(1)(A) and Title 18, United States Code, Section 2.

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

DONALD J. DeGABRIELLE, JR.
United States Attorney

_____
Jose A. Esquivel, Jr.
Assistant United States Attorney