PS 40
(Rev. 6/05)

United States District Court
Southern District of Texas
FILED

AUG 20 2008

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT

NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

TO: United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, DC 20037

FROM: U.S. Pretrial Services
600 East Harrison, ST.
Suite 2001-B
Brownsville, TX. 78520

☒ Original Notice
Date: 8-19-08
By: Mary Lou Reyna

☐ Notice of Disposition
Date: _____
By: _____

Defendant: Gomez, Ezequiel
Date of Birth: ▓▓▓▓▓/85
SSN: ▓▓▓-▓▓-6788

Case Number: 1:08CR383
Place of Birth: Harlingen, TX

Notice of Court Order (Order Date: 4/18/08 )

☒ The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

☐ The above-named defendant surrendered Passport Number _____ to the custody of the U.S. District Court on _____.

## NOTICE OF DISPOSITION

The above case has been disposed of.

☐ The above order of the court is no longer in effect.
☐ Defendant not convicted – Document returned to defendant.
☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.
☐ Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
✓ Defendant (or representative)
Clerk of Court