UNITED STATES DISTRICT COURT	SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

# ORDER TO DISBURSE CASH BOND

OCT 22 2008

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| Criminal Action Number<br>1:08-MJ-327-04<br>1:08-CR-383-01 | Termination Date<br>09/09/08 | Division 541-01<br>BROWNSVILLE DIVISION |
|---|---|---|
| Depositor's Name & Address<br><br>BOND IS REMITTED TO THE PERSON OR BUSINESS AT THE ADDRESS ON THE AFFIDAVIT OF OWNERSHIP PREVIOUSLY SUBMITTED TO THE CLERK OF THE COURT | | |
| Amount Deposited<br>$3,000.00 | Defendant's Name<br>ESEQUIEL GOMEZ | |

This cash deposit having been made to secure the defendant's bond and the case having been terminated, the Clerk is ordered to issue a registry check in the full amount of the deposit payable to the order of the person who deposited the money.

Signed on _____10/21_____, 2008

_____
HILDA G. TAGLE
United States District Judge

Approved
United States District Clerk

By: XXXXXXXXXXXXXXXXXXXX		By: _Rita Nieto_  9/12/08
    Criminal Deputy Clerk			    Financial Deputy Clerk

No Objection
United States Attorney

By: _____
    Assistant U.S. Attorney

Signed on __10/14/08__